# Third District Court of Appeal
## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0782
Lower Tribunal No. F98-13788
_____


**Wildo Rivera,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Wildo Rivera, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.